Harriett Singleton
P O Box 18395
Savannah, GA 31418

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 DEC 11 PM 12: 44
CLERK _____
SO. DIST. OF GA.

December 11, 2019

US District Court
Southern District of Georgia (Savannah)
125 Bull Street
Savannah, GA 31401

Civil Docket for Case#: 4:19-cv-00106-RSB-CLR

To Whom It May Concern:

My name is Harriett Singleton and I was represented by Attorney Shalena Cook Jones. She was given my case in March, and was supposed to represent me, she was given a payment. On November 19, 2019, she sent a withdrawal notice to me saying she wanted to Withdraw without any reason.

I have been trying to located another attorney, but no one will accept the case. I asking that the courts assigned an attorney to my case and that an attorney be given enough of time to represent me in a proper matter.

Please accept my request and let me know what your decision is. I can be contacted at (912) 844-9619 or emailed at hsingleton13@outlook.com.

Thanking you in advance,

Harriett Singleton

## Re: Notice of Withdrawal

You replied on Thu 11/21/2019 2:54 PM

SJ — Shalena Jones <sjones@joneslawofc.com>
Thu 11/21/2019 2:50 PM
You

Sure.

I will send it in the morning.

I spoke with Mr. Amusan today and he said you might be working with Zena McClain. Can you confirm?

I have a 2pm conference call with the court tomorrow to let the judge know what's going on. I will update you when the conference is over.

Thank you,
SCJ.

Get Outlook for Android

---

**From:** Harriett Singleton <hsingleton13@outlook.com>
**Sent:** Thursday, November 21, 2019 5:30:39 PM
**To:** Shalena Jones <sjones@joneslawofc.com>
**Subject:** RE: Notice of Withdrawal

Hi Shalena
Will you please send my file to me please?

Sent from Mail for Windows 10

---

**From:** Shalena Jones <sjones@joneslawofc.com>
**Sent:** Monday, November 18, 2019 11:46:53 PM
**To:** Harriett Singleton <hsingleton13@outlook.com>
**Cc:** Legal Assistant <admin@joneslawofc.com>
**Subject:** Notice of Withdrawal

Please see the attached letter.

*Shalena Cook Jones, Esq.*
The Law Office of Shalena Cook Jones, LLC
1909 Abercorn Street
Savannah, Georgia 31401
Tel.: (912) 501-3434
Fax: (912) 501-3504
Email: sjones@joneslawofc.com
Web: www.joneslawofc.com

This message and any attachments contain information from the Law Office of Shalena Cook Jones, LLC and as such may contain information that is CONFIDENTIAL and/or legally protected under attorney work product, attorney-client communication, joint defense or another recognized privilege. This information is intended only for use of those individuals and/or entities who were correctly named on the TO, CC and/or BCC lines above. If you are not one of the above-named recipients, or an unintended recipient, your receipt of this message was inadvertent and you are not to read, copy, disseminate or otherwise use this message and attachments. The unauthorized use, dissemination, distribution or reproduction of this message, including attachments, is prohibited and may be unlawful. If you have received this message in error, please immediately delete the message, attachments and any hard drive copies, and notify sender so that the error may be corrected. Thank you kindly.