UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| HARRIET M. SINGLETON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV419-106 |
| | ) | |
| GARDEN CITY, GEORGIA, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On November 12, 2019, plaintiff counsel, Shalena Cook Jones, informed her client that she intended to withdraw her representation in this case. Doc. 16. No justification for the desired withdrawal was provided. *Id.* On November 22, 2019, she notified the Court during a telephonic discovery conference of her desire to withdraw. *See* doc. 15 at 2, n.1. This was reiterated during a subsequent discovery conference on January 31, 2020, at which she was directed to promptly submit the necessary withdrawal motion in compliance with Local Rule 83.7. No motion has been submitted.[1]

---

[1] Plaintiff filed a *pro se* motion requesting the appointment of counsel. Doc. 16. As Ms. Cook Jones continues to act as plaintiff's counsel, the Court cannot consider this

Ms. Cook Jones remains plaintiff's counsel of record until such time that she submits a motion to withdrawal and is granted such permission by the Court. LR 83.6(e) ("No attorney shall withdraw his appearance in any action or proceeding, either civil or criminal, except by leave of the Court as hereinafter prescribed."); GEORGIA RULES OF PRO. CONDUCT, 1.16(c) ("When a lawyer withdraws it shall be done in compliance with applicable laws and rules."). Unless and until Ms. Cook Jones' request to withdraw is approved by the Court, she remains professionally and ethically obligated to diligently and competently continue her representation of plaintiff. Instead, she has ignored discovery deadlines and, despite the Court's clear instruction, failed to timely take the necessary steps to effectuate her withdrawal. Abandonment of a client will not be tolerated by the Court. *See* American Bar Association, Standards for Imposing Sanctions, 4.42(a) ("Suspension is generally appropriate when: (a) a lawyer knowingly fails to perform services for a client and causes injury or potential injury to a client."). Ms. Cook Jones is **DIRECTED** to show cause within fourteen days of this Order why she should not be recommended for appropriate discipline.

---

request and the motion is **DENIED AS MOOT**.

**SO ORDERED**, this 10th day of February, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA