# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| HARRIET M. SINGLETON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV419-106 |
| | ) | |
| GARDEN CITY, GEORGIA, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF HEARING

Plaintiff's counsel, Shalena Cook Jones has seemingly abandoned her client. Since November 2019, Ms. Cook Jones has made repeated representations to the Court, her client, and opposing counsel of her intention to withdraw. The most recent being a telephonic conference on January 31, 2020, during which the Court unambiguously directed Ms. Cook Jones to file her withdrawal motion and made reference to the procedure for doing so under Local Rule 83.7. Despite this, no steps have been taken to effectuate Ms. Cook Jones' withdrawal and discovery deadlines have been ignored. Through an order of February 10, 2020, the Court directed Ms. Cook Jones to show cause as to why disciplinary action should not be taken for her seeming abandonment of her client. Doc. 23. No response to the Show Cause Order was filed.

The Georgia Bar Rules of Professional Conduct require an attorney to "act with reasonable diligence and promptness in representing a client." Ga. R. Prof'l Conduct., R. 1.3. This means that "a lawyer shall not without just cause to the detriment of the client in effect willfully abandon or willfully disregard a legal matter entrusted to the lawyer." *Id*. This standard is echoed in the American Bar Association's Model Rules of Professional Conduct. ABA R. of Conduct., R. 1.3 ("A lawyer shall act with reasonable diligence and promptness in representing a client."). A violation of these standards in a case before the Court warrants consideration of appropriate disciplinary actions. L.R. 83.5(d). Therefore, the Court will convene a hearing to consider the issue raised above and in its February 10 Show Cause Order (doc. 23).[1] Ms. Cook Jones is **DIRECTED** to appear before the undersigned at 1:30 pm on March 12, 2020.

**SO ORDERED**, this 2th day of March, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] As Ms. Cook Jones was previously made aware of this issue and extended an opportunity to respond through the Court's February 10 Order, no additional response deadline will be set prior to the hearing. *See* L.R. 83.5(e).