# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| HARRIET M. SINGLETON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV419-106 |
| | ) | |
| GARDEN CITY, GEORGIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Before the Court is defendants' motion to compel of November 20, 2019. Doc. 12. As all relief sought in this motion was addressed through either the Court's amended scheduling order of November 25, 2019 (doc. 15), or order of March 2, 2020 (doc. 24), this motion is **DENIED as moot**.

**SO ORDERED**, this 17th day of March, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA