# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| HARRIET M. SINGLETON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV419-106 |
| | ) | |
| GARDEN CITY, GEORGIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is attorney Shalena Cook Jones' Motion to Withdraw as Counsel for plaintiff Harriet M. Singleton. Doc 28. The Court, having read and considered the motion, finds it to be in compliance with Local Rule 83.7 and good cause showing. The motion is, therefore, **GRANTED**.

The Clerk is **DIRECTED** to forward a copy of this Order to plaintiff Singleton via mail. Plaintiff is reminded that whether new counsel appears on her behalf or not, she is responsible for complying with the Federal Rules' requirements for discovery responses by the established deadlines. *See, e.g., Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (even parties appearing without an attorney (i.e. those appearing "*pro se*")

are "subject to the relevant law and rules of the court, including the Federal Rules of Civil Procedure."); *see also Carter v. HSBC Mortg. Servs., Inc.*, 680 F. App'x 890, (11th Cir. 2017) (recognizing that discovery rules applied to a *pro se* litigant, notwithstanding that "the discovery process [imposed by those Rules] was likely a bit of a mystery"). Failure to fully comply may subject her to the sanctions provided in Fed. R. Civ. P. 37.

**SO ORDERED**, this 17th day of March, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA