Sing oten
P.O Box 18395
Savannah GA
31418

CERTIFIED MAIL

7018 1830 0001 7317 9297

Judge Christopher Ray
Office of the clerk
U.S. District ct
Southern District of GA
PO Box 1636
Brunswick, GA 31521

U.S. POSTAGE PAID
FCM LETTER
SAVANNAH, GA
31408
MAY 12, 20
AMOUNT
$4.10
R2305H130325-18

31521
1000