Case 4:19-cv-00106-RSB-CLR

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

HARRIETT SINGLETON
    Plaintiff,

Vs

GARDEN CITY, GEORGIA
GILBERT C. BALLARD, in his
Official Capacity as Chief for
The Garden City Police Dept
And C SCOTT ROBIDER, GARDEN
CITY, GEORGIA, etal.,
    Defendants.

The following information is an attempt to answer the following questions that were asked to the lawyer that I attained, who withdrew from this case; whereas Judge Christopher L. Ray has allowed me to answer as truthfully as Possible:

II. **Unopposed Interrogatories and Production Requests**
   A. **Interrogatory 2 and Production Request 7.**

Ms. Singleton has loss of wages, which has caused her standard of living to go down and has cause her to decrease the monetary assistant she gives to her elderly parents, causing hardships for everyone. This causes a lot of stress and emotional strain.

Ms. Singleton received pay increases every year for her Employee Performance Evaluation. when she was terminated from the Garden City Police department in December of 2018, she had recently received her yearly pay increase of $21.72 to $21.**97** which was a yearly income of

**$45,706.77.** If Ms. Singleton was still employed, she would have made $95,568.19. This is the loss wages, that Ms. Singleton did not received, because of her unlawful Termination.   If Ms. Singleton was in a meeting with Chief Ballard, he would always, say "Harriett you make more than my officer's.

Case 4:19-cv-00106-RSB-CLR

 (which is what Chief Ballard commented on each time there was any type of meeting).  With these statements, being said, caused a lot of mental pain and stress, considering she was the only black female in this department. There was always a meeting, each week with Scott Robider, Chief Ballard, Officer Hood and Ms. Singleton, which always degraded Ms. Singleton, stating that she was not keeping the city cleaned, but residents were pleased with her work. (Tenants gave character letters and even started a Petition when they found out Ms. Singleton was terminated.

Ms. Singleton has come to conclusion that if you work hard, the only reward you get is degraded. When you are a white male you get promoted. (Officer C Scott Robider  was promoted as a supervisor even though he was not in his position a year and he had no knowledge of Code Enforcement.  I applied for the Code Enforcement Supervisor Position with 31years  of experienced and did not get the position.

**See enclosed emails dated March 29, 28@9:12am**

Chief Ballard stated I wasn't performing my job but, my last Employee Performance Evaluation were very good, because my formal Supervisor Al Jelinski filled it out and Officer Scott Roider added Negative Remarks in the Comment Section. Please look at the Employee Performance Evaluation dated June 1, 2018. The Essential  Functions don't correspond with the Comments Section of this Evaluation.  As stated on my Employee Performance Evaluation, second page, second statements states that I need Growth in Arriving and departing work at scheduled times, increasing pace for data base entries as they relate to job duties." Perform follow-ups and take prescribed action of violations outstanding."

It is very stressful for a Supervisor to not tell the truth, when evaluation will follow the employee forever. We had to clock in when we arrived for work, for lunch and when going home. So, the time clock speaks the truth and it would reflect on my pay check stubs if I was not arriving on time, I once was written up for coming to work early and doing work off the clock, but my White Co Worker Larry Jones, could work as he please. On many occasions Officer Scott Robider would intentionally leave the computer with his sign on at my computer, so I could not enter my work the next day.

**See enclosed email dated November 2 2018.**

### B. Interrogatory 4

Interrogatory asked plaintiff to identify and provide addresses individuals and witnesses with "knowledge of any facts pertaining to the allegation's in the complaint.

1. Pamela Franklin, Garden City Personnel Director
   100 Central Avenel, Garden City GA 31405 (912) 966-7777
   I talked to Ms. Pam several times about what was going on in the Police department. **(enclosed letter dated 6-14-2018)**

2. James P Gerard, Esquire
   Oliver Maner LLP
   218 W State St, Savannah, GA 31401 (912) 236-3311
   Informed him about everything that was happening to me.
   **See enclosed email. Dated 6/28/2018.**

3. Kenneth White
   4734 Sylvan Dr, Savannah GA 31415 (912) 5962682
   EX Co Worker, knows how I was treated

4. Joe Wilson
   425 Griffin Rd, Garden City GA 3408 (912)
   Knows my work experience and how I perform my job

5. Bettie Shadwell
   2406 Griffin Ave
   Garden City, GA  31408 (912) 6678863
   Knows me from working her neighborhood,

5. Sara Herring
   P O Box 2296
   Savannah, GA  31405 (912) 234-5796
   I told what was going on at the Job, prayers

6. Hattie Mayes
   512 Gould Street (912) 3546365
   Savannah, GA  31415
   I told her what was going on when officer Scott was hired

7. Kenneth & Jane Hadwin
   4411 Old Louisville Rd, Garden City GA  31412 (912)2471218
   Knew the work I performed, lived in the neighborhood

8. Steve McMillian
    No address at this time (912) 677-6572
   He has information on Garden City Police Department
   No address at this time.

9. Walter Reaidon
    No Address at this time (912 ) 6558708
 **Knows my work**

> **C. Interrogatory 9**
> **The Plaintiffs was employed with the City of Garden City GA, from January 5, 2010 to December 10, 2018, when she was terminated. The plaintiff is still unemployed, It is difficult to find employment when your mental state is not where is should be.**
>
> **The plaintiff work for the City of Savannah from 1980 to 2009 in various department, starting in the Police Department and then ending up as a Code Enforcement officer from 19887 to 2009.**

While working for the city of Garden City, I have made many positive changes which reflects in the paperwork Shalena C Jones, sent to your office.

When Scott Robider came to work for the Code Enforcement department, he started writing negative reports on me that first month. It was obvious. My work showed what I did.

_Harriett M Singleton_
**Harriett M Singleton**