**From:** Harriett Singleton
**Sent:** Thursday, June 28, 2018 1:15 PM
**To:** Pam Franklin
**Subject:** Compliant

Hi Ms. Pam

In reference to the question this morning. I never called Jim, he called me in reference to 305 Byck. The he asked how my job was going, and that's how the conversation started.

As far as who I told, about this stress I that I'm going through family and friends, I really can't be specific. But who I told you is who I remember.

Please let me know, if you need anything.

Attention: Harriett Singleton, Code Enforcement Officer

Date: July 9, 2018

From: Pam Franklin, HR Director

RE: Internal Complaint, dated June 14, 2018 and received in Human Resources June 22, 2018

I was initially made aware of your dissatisfaction with your performance evaluation in an email from the City Manager to Attorney Jim Gerard on Monday, June 11, 2018 in which I was copied while away on vacation. The City Manager had instructed me to pull a copy of your performance evaluation concerning an inquiry you had made to Attorney Gerard.

In reviewing the letter of complaint, I believe the stated issues include:

- You received an unethical Performance Evaluation from your supervisor, Scott Robider.
- You feel like you are being targeted and that your supervisor's primary goal is to terminate your employment.
- You disagree with your supervisor that you are late for work frequently.
- You disagree with your supervisor concerning spending too much of the work day in the office and not enough time in the field. You explain that you are spending more time in the office due to your supervisor eliminating the use of a work related excel spreadsheet.
- You disagree that you are not following procedures to tag derelict vehicles. You explain that you are tagging cars for towing and you could prove this if your supervisor had not stopped the practice of printing pictures of the tagged vehicles.
- You disagree with your supervisor's assessment that follow-ups are not completed timely. You explain that there will always be follow-ups not completed and all cases are different.
- You disagree with your supervisor not approving an educational class scheduled this month and also an educational class back in April.
- You disagree with the supervisor's refusal to give you a copy of your performance evaluation when requested and are offended that a copy was left on your desk for you to find on the following Monday morning.
- You also assert a belief that your rights been have violated relating to stated Policy 5.1 Sections iii., iv., v., j., n., and p.
- You state that you feel you are belittled by your supervisor and working under the supervisor is causing stress and that meeting the supervisor's standards is impossible.

When I initially received your complaint, I was not sure if I was receiving a copy as Human Resources Director or you were filing the complaint with me as Human Resources Director. You of course clarified that it was being filed with me and following is the result of my investigation of your concerns.

I have interviewed both you and your supervisor, Scott Robider. Copies of those interviews are available in my office for your review.

As a result of my investigation, I do not find egregious acts toward you on the part of your supervisor, in particular your accusation of being targeted by him for termination. In addition, I have found no

foundation to support your performance evaluation to be unethical or that your rights under any policy of the City were violated. The performance evaluation pointed out areas that the supervisor would like to see improved but the final recommendation for a pay increase was at the highest level approved by Council for the fiscal year of 2018 with performance points received being 4.42 out of a possible 4.5.

It is my opinion that the complaint requires no corrective or reversal action on the part of the supervisor, the department head or the City in general. I do believe that you are sincerely stressed and dissatisfied with your current work situation. The primary cause of your stress and dissatisfaction is your difficulty with adjusting to (1) code enforcement coming under the direction and control of the City's police department which has its own way of implementing code enforcement to which you are not accustomed; and (2) having a supervisor who, as the City's first working-in-the-field code enforcement officer, is in the process of establishing new practices and procedures for apportioning, delegating, and supervising the workload of code enforcement. You are not being targeted for disciplinary action or firing. Your performance evaluation gave good ratings for your job performance and you have not recently been subject to disciplinary action. If, however, you cannot continue at such a satisfactory level of performance while you adjust and become accustomed to being under the direction and control of the police department and Mr. Robider, you have the option of either applying for another job position with the City (conditioned upon its availability and your satisfying the qualifications for it), or simply resigning from the City. Adjusting to change can often be difficult, but I would encourage you to work with and not against the efforts of the police department and your supervisor to achieve the maximum level of job performance efficiency for you and others working in code enforcement.

In response to your request for the City to pay or reimburse you for certain training courses relating to ICC codes such as the IMPC, the police department is re-considering your request after just discovering that the City has adopted a number of ICC codes.

Should you disagree with the opinion I have rendered concerning your complaint, you have the right to appeal. According to City Policy, your complaint would be filed within your chain of command. You may still exercise that right under City Policy 5.5, Dispute Resolution Procedure.

# Harriett Singleton

| | |
|---|---|
| **From:** | Scott Robider |
| **Sent:** | Friday, November 02, 2018 7:17 AM |
| **To:** | Harriett Singleton |
| **Cc:** | Brian Hood |
| **Subject:** | Re: Excel Sheet |

I apologize. I left the spreadsheet open last night before leaving. You can enter after lunch today. Again, my mistake I had to assist with the Vice President's visit last night.

With Respect,
Ofc. C. Scott Robider

On Nov 2, 2018, at 7:12 AM, Harriett Singleton <hsingleton@gardencity-ga.gov> wrote:

> Good Morning
>
> I still can't update my Excel sheet, You have it locked. Will I be allowed to come back into the office to enter my work.
>
> Thanks
>
> Harriett Singleton

1

# Employee Performance Evaluation

**Employee:** Harriett Singleton  
**Position:** Code Enforcement Officer I  
**Department:** Planning and Economic Development  
**Date:** June 1, 2018  
**Purpose:** Annual Performance Evaluation  
**Supervisor:** Lt. B. Hood/Officer C. Scott Robider  

## JOB REQUIREMENTS RATINGS:

**Exceeded Job** A-Performance exceeded the requirements of the job in several important requirements areas and significant work above and beyond the responsibilities of the job was achieved.

**Achieved Job** B- Performance met job requirements in all important area with extra requirements effort evident in quality, quantity timeliness or some other important dimensions of performance.
C- Performance met job requirements in all important areas.
D- Performance met job requirements but improvements would be desirable in one or more areas.

**Below Job** E- Performance was below job requirements in one or more important areas requirements and immediate improvement will be required.

| Essential Functions | % | A | B | C | D | E | Comments (attach extra pages as needed) |
|---|---|---|---|---|---|---|---|
| Conducts initial surveys of buildings, structures, and land to determine if they are substandard and in violation of applicable codes and ordinances. | 10 | x | | | | | |
| Maintains files of inspections, re-inspections, consultations, phone conversations, inspection notes, and other required reports compiles status reports on specific assignments as requested. | 5 | | | x | | | |
| Inputs inspection reports, investigation notes, and consultation data into computer database. | 5 | | x | | | | |
| Issues citations for code violations. | 6 | | x | | | | |
| Responds to telephone inquiries from citizens, builders, owners, utilities, public officials, and property managers related to code interpretations and enforcement. | 5 | x | | | | | |
| Performs other duties and assumes other responsibilities as apparent or as delegated. | 6 | | | x | | | |
| Maintains data as required by Department Head for Work and Performance Management reports. | 5 | | x | | | | |
| Works in a safe manner and reports unsafe activity and conditions | 8 | x | | | | | |
| Participate and attend all City sponsored training as required. | 10 | | x | | | | |

| General Expectations | % | A | B | C | D | E | Comments (attach extra pages as needed) |
|---|---|---|---|---|---|---|---|
| Attendance-does not miss any time without pre-authorized leave. | 5 | | x | | | | Frequently late for work or accrues unnecessary overtime. Often has time clock errors affecting payroll. |
| Punctuality-ready to conduct business at the appointed hour. | 10 | | x | | | | Frequently fails to depart office for the field at scheduled time |
| Public relations-presents a positive image to the public through courteous and helpful | 10 | x | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| interaction and well-groomed appearance. | | | | | | |
| Care of equipment-uses City equipment for designed purposes within manufacturer's specifications; has needed maintenance done on equipment as assigned. | 1 | x | | | | |
| Safety-practices safe work methods, follows established safety procedures. | 1 | x | | | | |
| Follows-through-completes assignments on time and makes changes to work habits and actions as directed. | 8 | | x | | | Often reverts back to discontinued nonefficient operational practices. Cites violations without complete follow-up. |
| Team work-works willingly and easily with other City employees. | 5 | | x | | | |

**Strong Attributes:** Has community-oriented focus and assists citizens in need. Has vast knowledge of Code Enforcement which often aides other team members.

**Areas for Growth:** Arriving and departing work at scheduled times. Increasing pace for data base entries as they relate to job duties. Perform follow-ups and take prescribed action of violations outstanding.

**Employee Comments:** Elliott has told me several times that he was going to tow cars. I have gave him several court citations to deliver and have not received any response. He have been taking cars in my area since he came. I do NOT have a problem with my follow ups. The time clock was broke, I always clock in + out for work + lunch I don't be late for work! which was discussed with Mr. Hood, when the clock was broken. Also with Ms Angiera, would like to know why there is an issue with education cases that were requested earlier in the year.

**Evaluator:** _____ **Date:** _____

Reviewed by: ___G. Ball___   Date: __6/8/18__

Date discussed w/employee: __6/18/18__

Employee Signature: ___H H Singleton___

Evaluator Signature: ___C. [signature]___ — 231

```
0         1         2         3         4
```

## PERSONNEL USE ONLY

Employee Score _____   Dept. Average _____   % Raise _____

Effective Date _____   Hourly Rate $_____

## Your Earnings Record

| Years You Worked | Your Taxed Social Security Earnings | Your Taxed Medicare Earnings | Years You Worked | Your Taxed Social Security Earnings | Your Taxed Medicare Earnings |
|---|---|---|---|---|---|
| 1975 | $ 16 | $ 16 | 2000 | $ 29,255 | $ 29,255 |
| 1976 | 0 | 0 | 2001 | 30,192 | 30,192 |
| 1977 | 11 | 11 | 2002 | 36,641 | 36,641 |
| 1978 | 967 | 967 | 2003 | 32,855 | 32,855 |
| 1979 | 0 | 0 | 2004 | 36,479 | 36,479 |
| | | | 2005 | 37,380 | 37,380 |
| 1980 | 1,513 | 1,513 | 2006 | 36,832 | 36,832 |
| 1981 | 6,544 | 6,544 | 2007 | 38,492 | 38,492 |
| 1982 | 8,425 | 8,425 | 2008 | 35,393 | 35,393 |
| 1983 | 10,206 | 10,206 | 2009 | 40,879 | 40,879 |
| 1984 | 9,062 | 9,062 | | | |
| 1985 | 10,329 | 10,329 | 2010 | 30,048 | 30,048 |
| 1986 | 11,313 | 11,313 | 2011 | 31,063 | 31,063 |
| 1987 | 12,883 | 12,883 | 2012 | 31,501 | 31,501 |
| 1988 | 16,112 | 16,112 | 2013 | 32,559 | 32,559 |
| 1989 | 22,689 | 22,689 | 2014 | 35,279 | 35,279 |
| | | | 2015 | 37,474 | 37,474 |
| 1990 | 25,462 | 25,462 | 2016 | 40,652 | 40,652 |
| 1991 | 23,223 | 23,223 | 2017 | 44,117 | 44,117 |
| 1992 | 24,430 | 24,430 | 2018 | 45,847 | 45,847 |
| 1993 | 26,035 | 26,035 | 2019 | Not Yet Recorded | |
| 1994 | 25,924 | 25,924 | | | |
| 1995 | 25,210 | 25,210 | | | |
| 1996 | 24,844 | 24,844 | | | |
| 1997 | 25,359 | 25,359 | | | |
| 1998 | 26,729 | 26,729 | | | |
| 1999 | 26,564 | 26,564 | | | |

*[Handwritten: Case 4:19-cv-00106-RSB-CLR   LAST 20 YRS Employment]*

Total Social Security and Medicare taxes paid over your working career through the last year reported on the chart above:

Estimated taxes paid for Social Security:
You paid: $63,095
Your employers paid: $64,373

Estimated taxes paid for Medicare:
You paid: $15,086
Your employers paid: $15,086

Note: Currently, you and your employer each pay a 6.2 percent Social Security tax on up to $137,700 of your earnings and a 1.45* percent Medicare tax on all your earnings. If you are self-employed, you pay the combined employee and employer amount, which is a 12.4 percent Social Security tax on up to $137,700 of your net earnings and a 2.9* percent Medicare tax on your entire net earnings.

*If you have earned income of more than $200,000 ($250,000 for married couples filing jointly), you must pay 0.9 percent more in Medicare taxes.

## Help Us Keep Your Earnings Record Accurate

You, your employer and Social Security share responsibility for the accuracy of your earnings record. Since you began working, we recorded your reported earnings under your name and Social Security number. We have updated your record each time your employer (or you, if you're self-employed) reported your earnings.

Remember, it's your earnings, not the amount of taxes you paid or the number of credits you've earned, that determine your benefit amount. When we figure that amount, we base it on your average earnings over your lifetime. If our records are wrong, you may not receive all the benefits to which you're entitled.

**Review this chart carefully** using your own records to make sure our information is correct and that we've recorded each year you worked. You're the only person who can look at the earnings chart and know whether it is complete and correct.

Some or all of your earnings from **last year** may not be shown on your *Statement*. It could be that we still were processing last year's earnings reports when your *Statement* was prepared. Your complete earnings for last year will be shown on next year's *Statement*. Note: If you worked for more than one employer during any year, or if you had both earnings and self-employment income, we combined your earnings for the year.

**There's a limit on the amount of earnings on which you pay Social Security taxes each year.** The limit increases yearly. Earnings above the limit will not appear on your earnings chart as Social Security earnings. (For Medicare taxes, the maximum earnings amount began rising in 1991. Since 1994, all of your earnings are taxed for Medicare.)

**Call us right away at 1-800-772-1213** (7 a.m. - 7 p.m. your local time, TTY 1-800-325-0778) if any earnings for years **before last year** are shown incorrectly. Please have your W-2 or tax return for those years available. (If you live outside the U.S., follow the directions at the bottom of page 4.)

Employee  SINGLETON, HARRIETT
Position  CODE ENFORCEMENT OFFICER
Department  Police
Effective Date of Change  ~~10/01/2018~~  OCT 0 4 2018

| Employee Personal Data |
|---|
| Change/Update Only _____ |
| Address: _____ |
| |
| |
| Home Phone _____  Cell _____ |
| Employee Signature: _____ |

**Change in Pay or Classification**  Increase

| PAY | FROM | TO |
|---|---|---|
| | Hourly     $21.72 | Hourly     $21.97 |
| | Annual $45,177.60 | Annual $45,706.77 |

**Reason For Change**

☐ Introductory Period Completed          **X** Pay Increase

☐ Rehire                                 ☐ Cost of Living Increase

☐ Transfer                               ☐ Revaluation of Current Job

☐ Promotion                              ☐ Layoff

☐ Demotion                               ☐ Retirement

☐ Resignation                            ☐ Other (complete comment section)

Authorized:  **Pay Increase resulting from 2017 Pay Plan review, phase 2 recommendation Council approved.**

Authorized: _____[signature]_____  8/1/2018
Approved:  _____[signature]_____  8/1/2018

**From:** Harriett Singleton
**Sent:** Thursday, July 05, 2018 4:25 PM
**To:** Pam Franklin
**Subject:** RE: Complaint filed June 22 with HR

Thanks
Have a blessed weekend

**From:** Pam Franklin
**Sent:** Thursday, July 05, 2018 2:09 PM
**To:** Harriett Singleton <hsingleton@gardencity-ga.gov>
**Subject:** Complaint filed June 22 with HR

Harriett,

Friday will complete 10 days from the date I received your internal complaint. Please know your concerns are taken seriously and a response from me will be forthcoming either Monday or Tuesday of next week. This is due to the City Manager being out of town. Once I have reviewed the complaint and the investigation with him, I will contact you with a response.

Best regards and be safe and healthy,
Pam

**PAM FRANKLIN**
**HUMAN RESOURCES DIRECTOR**
**CITY OF GARDEN CITY**
**100 CENTRAL AVENUE**
**GARDEN CITY, GA 31405**

912-963-2766
FAX 912-966-7792

*"Always be a first rate version of yourself, and not a second rate version of someone else."*
                 Judy Garland

CONFIDENTIALITY NOTICE: All communications sent or received by this email address is subject to the Georgia Open Records Act (O.C.G.A. 50-18-70-77), which may result in monitoring and disclosure to third parties, including law enforcement.

This email message is private, confidential property of the sender, and the materials may be privileged communications intended solely for the receipt, use, benefit, and information of the intended recipient as indicated above. Any use by others is strictly prohibited.

We believe that this email and any attachments are free of any virus or other defect that may affect any computer system that it is received and or opened in, however, the sender accepts no responsibility for any loss or damage that may result.

1

June 14, 2018

Harriett Singleton, Code Enforcement Officer

Reference: Employee Performance Evaluation, Dated June 8, 2018:

I'm responding to this Evaluation, because it was done unethical. On Friday, June 8, I was called in to Officer, Robider old office and was given the Employee Performance Evaluation. We went over the evaluation and Officer Robider explained to me that Captain Jelinski did the top portion of the evaluation, and he did the bottom portion of it. I asked him to elaborate on the negative issues that he commented on. He stated that I'm late for work all the time. I disagreed, with this," He told me that I don't clock in after lunch, and , I informed him that, because I feel like I'm being targeted, I'm very careful in doing my job correct. I have to come all the way from working in the field to clock out at the office, even though we have clocks in other departments around the city that we can clock out at and in. I also informed him that I sent Ms. Angie an email in reference to my time, and I also asked Officer Hood about my time. Which Officer Hood stated, I was doing fine with checking in and out and it was balancing out. In May, the entire time clock was malfunctioning, everyone's time was off. But I get it on my evaluation.

Officer Robider told me that I was beginning to revert back to staying in the office longer. He did not allow me to explain this. In May we were told not to update, the Excel Sheet anymore, which made it easy to go into the field the given time. Since we are back to updating the sheet it is more time consuming. (The more work you perform, the longer it takes to put the work on the Excel Sheet). Officer Robider told me to inspect and address the entire Savannah Pines, There is close to three hundred units in this park, so a large volume of CVN's are being issued; that work has to be completed by entering it on the Excel Sheet.; also outside the trailer parks are other violations that I do address.

In addressing number (4). Officer Robider told me that he will be towing the car, from Lot 17, I even told him that I needed help with getting a court citation to this tenant, because she would not come to the door. There was not a call done on this, I was training officer Robider on how violations were being addressed as a Code Officer and we were writing up violations. He indicated that he is looking for vehicles, **as if I didn't tag certain vehicles**; People do remove their vehicles that is the purpose of us tagging them, for compliance. Officer Robider, stopped us from printing pictures, which will show proof that the vehicles was tagged.

There will always be follow ups NOT done on the expiring date, because of people not correcting the violation and more time given for them to come into compliance; Trying to locate offenders for court citations. There will be mishaps that occur, almost all cases are different.

In addressing number (5). I was told by Officer Robider that he will tow vehicles and he will deliver the court citations that we have issues delivering. I never had a problem towing vehicles that I tagged. If he didn't tell me that he would tow vehicles, I would not have waited on him to tow them. These are work tasks that I performed before he came to the department.

This is **not** the first time, I have asked for educational training. I'm always turned down, I asked to go to a Gas Pipe training in April, and was turned down, Ask for my ICC certification to be paid for in April, which was due in May, I was told to get the amount, which I did and that was not paid for by Garden City.

I respond to all the emails that Officer Robider sends to me, which are enclosed, but he does not respond to the ones, that I send to him. It appears to me that I'm being targeted since Officer Robider has become the Supervisor, It appears that his primary goal is to terminate me. Which goes back to my Evaluation being unethical.

Officer Robider did my Employee Performance Evaluation on June 8, 2018. After reading it, I wrote in the comments section and ask for a copy, "he told me No, that I was not getting a copy right now and if I have a problem to email the chief, then he walked out the office.

When I came to work on Monday June 11, 2018. My Evaluation was on my desk, with the comment section that I filled out missing, only the part that I signed, with other signatures. Officer Robider typed up a page in his own words and added it to the evaluation. I have no idea how long the paperwork was on my desk, or who had access to it. (This was not done professional, it shows disrespect). Officer also went out and addressed most of the comments that he cut out of my evaluation that I wrote pertaining to him. I have worked for City Government for over 30 years and have never seen this done, this is Unethical and unfair.

My rights have been violated and also the City of Garden City **5.1. Sections iii, iv, v and j, n, p** among others. I was under the impression that Code Enforcement was supposed to be a TEAM that will become more efficient with a supervisor. For the betterment of Garden City, not to belittle the employee. I'm coming to work each day Stressed out, because, I'm trying to get the work done, the way he wants it done and that is an impossible goal.

I'm asking that this evaluation be corrected and I be respected and be treated fair.

Sincerely,

*[signature]*

Harriett Singleton